## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 05, 2022

Ms. Robyn Beale Williams
Farrar & Bates
12 Cadillac Drive
Suite 480
Brentwood, TN 37027

Re:  Case No. 21-5686, *Stephen Hopkins, et al v. Anthony Nichols, et al*
     Originating Case No. : 1:19-cv-00059

Dear Counsel,

   This is to advise that the court has granted your motion for an extension of time in which to file a Petition for Rehearing.

   Your petition is to be received in the clerk's office no later than the close of business on **July 29, 2022**.

                                            Sincerely yours,

                                            s/Michelle R. Lambert
                                            Case Manager
                                            Direct Dial No. 513-564-7035

cc:  Mr. Frank Ross Brazil
     Mr. Wesley Ben Clark
     Mr. Kyle Fite Mothershead